AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUN 7 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Brian Kelly | **WARRANT FOR ARREST**<br><br>Case Number: 16-cr-1093-L<br>1:16-mj-00062 SKO<br><br>**NOT FOR PUBLIC VIEW** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Brian Kelly__
                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
18:2252(a)(2) - Receipt of Image of Sexually Explicit Conduct
18:2252(a)(4)(B) - Possession of Matters of Minors Engaged in Sexually Explicit Conduct
18:2253(a),(b) - Criminal Forfeiture

In violation of Title __See Above__ United States Code, Section(s) _____

| | |
|---|---|
| John Morrill<br>Name of Issuing Officer | Clerk of the Court<br>Title of Issuing Officer |
| s/ A. Corsello<br>Signature of Deputy | 5/17/2016. San Diego. CA.<br>Date and Location |
| Bail fixed at $ __No Bail__ | by __The Honorable Karen S. Crawford__<br>Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

2016 MAY 17 PM 1 08

FILED

2016 MAY 17 PM 12: 49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

March 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BRIAN KELLY,<br><br>   Defendant. | Case No. 16CR1093L<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Sec. 2252(a)(2) - Receipt of Image of Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Matters of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253(a) and (b) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about January 12, 2015, within the Southern District of California, defendant BRIAN KELLY, did knowingly receive a visual depiction, that is a digital and computer image, to wit:

| File Name | Description |
|---|---|
| 1421058756007_temp.jpg | This image depicts a minor female, bent over on her knees with the reflection in a mirror displaying her genitalia in a lewd and lascivious manner. |

using any means and facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign

KJOH:lml:San Diego:5/16/16

commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

## Count 2

From a time unknown through on or about January 28, 2015, within the Southern District of California, defendant BRIAN KELLY did knowingly possess one or more matters, that is a Samsung Android phone containing digital and computer images which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B). The Samsung Android phone contained the following images:

| File Name | Description |
| --- | --- |
| 2015-01-09-22-06-08.jpg | This image depicts the lewd and lascivious display of a minor female with a flashlight inserted in her vagina. |
| 2015-01-09-22-06-16.jpg | This image depicts the back side of a naked minor female displaying her genitals in a lewd and lascivious manner. |

//

//

//

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 of this Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

2. Upon conviction of one or more of the offenses alleged in Counts 1 through 3, which involve violations of Title 18, United States Code, Sections 2251(a), 2252(a)(2) and 2252 (a)(4), defendant BRIAN KELLY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all right, title and interest in:

   a. any visual depictions described in section 2252, and any matter which contains any such visual depictions;

   b. any property, real or personal, constituting or traceable to gross profits of the offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, including but not limited to the following personal property:

      i. Any and all images of child pornography, as defined in Title 18, United States Code, Section 2256;

   The property to be forfeited includes, but is not limited to: one SAMSUNG Smart Phone; an Apple MacBook Pro Laptop Computer; and a DELL Laptop Computer.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

1      c.   has been placed beyond the jurisdiction of the Court;
2      d.   has been substantially diminished in value; or
3      e.   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b) which incorporates the provisions of Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 2253(a) and (b).

DATED: May 17, 2016.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
KATHLEEN J. O'HARA
Special Assistant U.S. Attorney