# UNITED STATES DISTRICT COURT
for the

Eastern District of California



FILED
JUN 13 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) )  Case No.  1:16-MJ-62 SKO |
| BRIAN KELLY, | ) ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States District Court, Southern District of California, James and Judith N. Keep US Courthouse, 333 West Broadway, Suite 420, San Diego, California 92101

*Place*

on  6/24/2016 by 12:00 PM to the Clerk's Office
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

DEFENDANT'S RELEASE DELAYED UNTIL MONDAY, JUNE 13, 2016, AT 9:00 AM

KELLY, Brian
Dkt. No. 16-062M

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of

Name of person or organization: Cynthia Kelly

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: *Cynthia Z Kelly*
CUSTODIAN

☑ (7) The defendant shall:

☑ (a) report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations;
☑ (b) report in person to the Pretrial Services Agency on the first working day following your release from custody;
☑ (c) reside with your mother at the residence located on 1311 Holiday Hill Road, Goleta, CA 93117; not move or be absent from this residence without prior approval of PSO; travel restricted to the Eastern, and Central Districts of CA, and for court-related purposes only to the Southern District of CA, unless otherwise approved in advance by PSO;
☑ (d) report any contact with law enforcement to your PSO within 24 hours;
☑ (e) refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;
☑ (f) refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;
☑ (g) submit to drug or alcohol testing as approved by the PSO. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the PSO;
☑ (h) participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;
☑ (i) surrender your passport to the Clerk, United States District Court, and obtain no passport during the pendency of this case;
☑ (j) not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;
☑ (k) not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the PSO;
☑ (l) not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location, unless otherwise approved by the PSO;
☑ (m) be notified the PSO shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;
☑ (n) not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;
☑ (o) not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;
☑ (p) not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;
☑ (q) not associate or have any contact with: Any victims or witnesses, unless in the presence of counsel or otherwise approved in advance by the PSO;
☑ (r) the third party custodian is required to password protect all Internet capable devices, and the defendant will not have access to the passwords;
☑ (s) participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO; Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO;

## USMS SPECIAL INSTRUCTIONS:

☑ (t) have your release on bond delayed until Monday, June f13, 2016, at 9:00 A. M., at which time you will immediately report to Pretrial Services in Fresno, CA.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

Date: 6/10/2016

_____
*Judicial Officer's Signature*

STANLEY A. BOONE, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL